# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137598

ROBERT QUACKENBUSH,
AMY QUACKENBUSH, and
KEN QUACKENBUSH,
      Petitioners-Appellants,

v

SC: 137598
COA: 283278
Arenac CC: 07-010212-AV

SIMS TOWNSHIP ZONING
BOARD OF APPEALS,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 31, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

p0217